# Third District Court of Appeal
## State of Florida

Opinion filed September 4, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0059
Lower Tribunal Nos. F18-13105A, F21-009880

_____


**James Toussaint,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

James Toussaint, in proper person.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.


Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Eady v. State</u>, 273 So. 3d 97, 97 (Fla. 3d DCA 2019) ("Concurrent sentences do not necessarily begin at the same time, and unless they are ordered to be coterminous, they will expire on different dates.") (quoting <u>Llerena v. State</u>, 953 So. 2d 31, 33 (Fla. 3d DCA 2007)); <u>Bryant v. State</u>, 240 So. 3d 55, 57 (Fla. 3d DCA 2018) (explaining that "[a] claim for jail credit must be raised under Florida Rule of Criminal Procedure 3.801" and, in citing to the rule, noting that such a claim is untimely if filed more than one year after the sentence becomes final).